ORIGINAL
FILED

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  AGBALOG, PACHUCO A. C/O SCOTT S. FURSTMAN, ESQ.

_____
(Last)                      (First)                    (Initial)

Prisoner Number  F-03296

Institutional Address  C-6-208 KVSP, P.O. BOX 5103, DELANO, CA 93216

_____

==================================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

PACHUCO ANTHONY AGBALOG
_____   )
(Enter the full name of plaintiff in this action.)     )
                                                       )
                     vs.                               )     **C 08 00218**
                                                       )     Case No. _____
ANTHONY HEDGPETH, WARDEN                                )     (To be provided by the clerk of court)
_____   )
                                                       )     **PETITION FOR A WRIT**
_____   )     **OF HABEAS CORPUS**
                                                       )
_____   )
                                                       )
_____   )
(Enter the full name of respondent(s) or jailor in this action)  )
                                                       )
_____   )

==================================================================

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these

counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

this district if you are challenging the manner in which your sentence is being executed, such as loss of

good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in

one of the above-named fifteen counties, your petition will likely be transferred to the United States

District Court for the district in which the state court that convicted and sentenced you is located. If

you are challenging the execution of your sentence and you are not in prison in one of these counties,

your petition will likely be transferred to the district court for the district that includes the institution

where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1 | Who to Name as Respondent

2    You must name the person in whose actual custody you are. This usually means the Warden or

3 | jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4 | you are imprisoned or by whom you were convicted and sentenced. These are not proper

5 | respondents.

6    If you are not presently in custody pursuant to the state judgment against which you seek relief

7 | but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8 | custody you are now and the Attorney General of the state in which the judgment you seek to attack

9 | was entered.

10 | A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11 |    1. What sentence are you challenging in this petition?

12 |        (a)    Name and location of court that imposed sentence (for example; Alameda

13 |               County Superior Court, Oakland):

14 |        Santa Clara County Superior Court            Palo Alto, California

15 |               Court                                          Location

16 |        (b)    Case number, if known _____CC454333_____

17 |        (c)    Date and terms of sentence _____September 2, 2005; 17 years State Prison_____

18 |        (d)    Are you now in custody serving this term? (Custody means being in jail, on

19 |               parole or probation, etc.)              Yes __✓__    No _____

20 |               Where?

21 |               Name of Institution: _____Kern Valley State Prison_____

22 |               Address: _____P.O. Box 5103, Delano, CA 93216_____

23 |    2. For what crime were you given this sentence? (If your petition challenges a sentence for

24 | more than one crime, list each crime separately using Penal Code numbers if known. If you are

25 | challenging more than one sentence, you should file a different petition for each sentence.)

26 | Penal Code Sec. 261(a)(2) Rape by Force

27 | Penal Code Sec. 261.5(d) Unlawful Sexual Intercourse

28 | _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -

1    3. Did you have any of the following?

2        Arraignment:                                    Yes ✓        No ____

3        Preliminary Hearing:                            Yes ✓        No ____

4        Motion to Suppress:                             Yes ____     No ✓

5    4. How did you plead?

6        Guilty ____   Not Guilty ✓   Nolo Contendere ____

7        Any other plea (specify) _____

8    5. If you went to trial, what kind of trial did you have?

9        Jury ✓   Judge alone____   Judge alone on a transcript ____

10   6. Did you testify at your trial?                   Yes ____     No ✓

11   7. Did you have an attorney at the following proceedings:

12       (a)   Arraignment                               Yes ✓        No ____

13       (b)   Preliminary hearing                       Yes ✓        No ____

14       (c)   Time of plea                              Yes ✓        No ____

15       (d)   Trial                                     Yes ✓        No ____

16       (e)   Sentencing                                Yes ✓        No ____

17       (f)   Appeal                                    Yes ✓        No ____

18       (g)   Other post-conviction proceeding          Yes ____     No ____

19   8. Did you appeal your conviction?                  Yes ✓        No ____

20       (a)   If you did, to what court(s) did you appeal?

21             Court of Appeal                           Yes ✓        No ____

22             Year: 2006          Result: Affirmed _____

23             Supreme Court of California          Yes ____     No ____

24             Year: _____       Result: _____

25             Any other court                     Yes ____     No ____

26             Year: _____       Result: _____

27

28       (b)   If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

| | | | | |
|---|---|---|---|---|
| 1 | | petition? | Yes ✓ | No____ |
| 2 | (c) | Was there an opinion? | Yes ✓ | No____ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| 4 | | | Yes____ | No ✓ |

5  If you did, give the name of the court and the result:

6  _____

7  _____

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?                                    Yes____    No ✓

10  [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition. You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15  U.S.C. §§ 2244(b).]

16      (a)    If you sought relief in any proceeding other than an appeal, answer the following

17              questions for each proceeding. Attach extra paper if you need more space.

18          I.    Name of Court: _____

19              Type of Proceeding: _____

20              Grounds raised (Be brief but specific):

21              a._____

22              b._____

23              c._____

24              d._____

25              Result: _____ Date of Result:_____

26          II.    Name of Court: _____

27              Type of Proceeding: _____

28              Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

1              a._____

2              b._____

3              c._____

4              d._____

5              Result: _____ ____  _____Date of Result:_____

6        III.   Name of Court: _____

7              Type of Proceeding: _____

8              Grounds raised (Be brief but specific):

9              a._____

10             b._____

11             c._____

12             d._____

13             Result: _____  _____ _____Date of Result:_____

14       IV.   Name of Court: _____

15             Type of Proceeding: _____

16             Grounds raised (Be brief but specific):

17             a._____

18             b._____

19             c._____

20             d._____

21             Result: _____Date of Result:_____

22   (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                        Yes _____    No_✓_

24             Name and location of court: _____

25   B. GROUNDS FOR RELIEF

26        State briefly every reason that you believe you are being confined unlawfully. Give facts to

27   support each claim. For example, what legal right or privilege were you denied? What happened?

28   Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1   need more space. Answer the same questions for each claim.

2   [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3   petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4   499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5   Claim One: Petitioner denied right to confront and cross examine complaing witness where the

6   Court declared the witness "unavailable."

7   Supporting Facts: Shortly after the witness was called by the prosecution, she refused to test-

8   ify and the Court declared her "unavailable" thus deny Petitioner the opportunity to cross

9   examination and confrontation as guaranteed bet the Sixth Amendment to the U.S.

10  Constitution.

11  Claim Two: Trial Court erred by allowing, over objection, the preliminary hearing testimony of

12  the complaining witness to be read to the jury, thus further denying cross and confrontation.

13  Supporting Facts: After the Trial Court declared the witness "unavailable" the Court allowed

14  the preliminary hearing testimony to be read to the jury which denied the Petitioner the

15  opportunity to confront and cross examine the witness in violation of the Sixth Amendment

16  to the U.S. Constitution.

17  Claim Three: The Trial Court erred in failing to grant a mistrial after the complaining witness

18  was declared "unavailable."

19  Supporting Facts: After the witness was declared "unavailable" Petitioner sought a mistrial as

20  it was unduly prejudicial fro the jury to have observed and heard from the witness without the

21  benefit of cross examination.

22

23  If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS         - 6 -

1        List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3    of these cases:

4    Cal. Ev. Code 240; P v. Enriquez 19 Cal. 3d. 221 (1977); P v. Sul 122 Cal. App. 3d 355 (1981); P v.

5    Woodberry 10 Cal. App. 3d 695 (1970); Cal. Ev. Code 1291; P v. Brock 38 Cal. 3d 180 (1985); P v.

6    Zapien 4 Cal. 4th 929 (1993); Sixth Amendment U.S. Constitution.

7    Do you have an attorney for this petition?                              Yes ✓        No____

8    If you do, give the name and address of your attorney:

9    Scott S. Furstman, 510 North Third Street, San Jose, Ca 95112.

10        WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on ___January 11, 2008___

14              Date                                        Signature of Petitioner

15

16

17

18

19

20    (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS          - 7 -

## IX. PROOF OF SERVICE
### [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa

Clara. I am over the age of eighteen (18) years and not a party to the within

entitled action. My business address is: 510 North Third Street, San Jose, CA

95112. On January ⁙ , 2008, I served a copy of the document(s) described

below:

( **X** )  [BY MAIL] By depositing such copy(ies) in a sealed envelope, First Class
      postage fully prepaid, in a facility regularly maintained by the United States
      Postal Service for collection and mailing.

(   )  [BY OVERNIGHT DELIVERY] By consigning such copy in a sealed
      envelope to an overnight courier for next business day delivery.

(   )  [BY HAND DELIVERY] By consigning such copy in a sealed envelope
      to a messenger for guaranteed hand delivery.

(   )  [BY FACSIMILE TRANSMISSION]    By faxing to the following
      number:

### PETITION FOR WRIT OF HABEAS CORPUS

in the manner identified above on those persons listed below:

**Attorney General's Office**           **Warden Anthony Hedgpeth**
**455 Golden Gate Ave., Rm 11000**      **K.V.S.P.**
**San Francisco, CA 94102**             **3000 W. Cecil Ave.**
                                        **Delano, CA 93216-6000**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January ⁙ , 2008at San Jose, California.

33