United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACHUCO ANTHONY AGBALOG, | No. C 08-00218 SI |
|     Plaintiff, | **ORDER DENYING HABEAS PETITION** |
|   v. | |
| ANTHONY HEDGPETH, WARDEN, | |
|     Defendant.     / | |

On January 11, 2008, petitioner Pachuco Anthony Agbalog, a prisoner at Kern Valley State Prison in Delano, California, filed a petition for habeas corpus in this Court. On February 25, 2008, the Court issued an order requiring petitioner to show cause why his petition should not be dismissed for failure to exhaust the remedies available to him in state court. Petitioner had until March 28, 2008, to show cause, but has filed no papers with the Court since the February 25, 2008 Order. Agbalog's habeas petition is therefore DENIED [Docket No. 1].

**IT IS SO ORDERED.**

Dated: August 4, 2008

SUSAN ILLSTON
United States District Judge