**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   PACHUCO ANTHONY AGBALOG,                    No. C 08-00218 SI

9              Plaintiff,                       **JUDGMENT**

10     v.

11  ANTHONY HEDGPETH, WARDEN,

12           Defendant.
                                        /
13

14      The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

15

16      **IT IS SO ORDERED AND ADJUDGED.**

17

18  Dated: August 4, 2008

                                        SUSAN ILLSTON
19                                      United States District Judge

20

21

22

23

24

25

26

27

28