1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACHUCO ANTHONY AGBALOG,

        Plaintiff,

  v.

ANTHONY HEDGPETH, WARDEN,

        Defendant.
                           /

No. C 08-00218 SI

**JUDGMENT**

      The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: August 4, 2008

                                               SUSAN ILLSTON
                                               United States District Judge